FILED

**NOT FOR PUBLICATION**

AUG 19 2010

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DAVID SHAW, SR. | No. 09-15405 |
| Petitioner - Appellant, | D.C. No. 2:05cv-01506-MCE-GGH |
| v. | |
| ROSANNE CAMPBELL; ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, | MEMORANDUM[*] |
| Respondents - Appellees. | |

Appeal from the United States District Court
for the Eastern District of California
Morrison C. England, Jr., District Judge, Presiding

Argued and Submitted April 14, 2010
San Francisco, California

Before: SCHROEDER and RAWLINSON, Circuit Judges, and MOODY, District Judge.[**]

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The Honorable James Maxwell Moody, Senior United States District Judge for the Eastern District of Arkansas, sitting by designation.

David Martin Shaw, Sr., a state prisoner, appeals the district court's denial of his 28 U.S.C. § 2254 habeas corpus petition challenging his conviction by a jury of kidnaping with intent to commit rape, forcible rape during the commission of a burglary, attempted murder, assault with intent to commit rape, second degree burglary, assault with force likely to cause great bodily injury and criminal threats. We have jurisdiction pursuant to 28 U.S.C. § 2253. We review *de novo* the district court's denial of a habeas petition. *Gill v. Ayers*, 342 F. 3d 911, 917 (9th Cir. 2003).

Shaw argues that he was denied effective assistance of counsel when his trial counsel failed to present impeachment evidence showing the victim's testimony was not credible, that her perceptions of the incident were distorted by drug and alcohol intoxication, and that she engaged in "sex for drugs."

We disagree. Shaw failed to show that his counsel's alleged deficient performance caused prejudice. *See Strickland v. Washington*, 466 U.S. 668, 687 (1984). The overwhelming evidence at trial including the physical evidence of the victim's injuries support the jury's findings. The state court's decision rejecting Shaw's claim therefore was not "contrary to, or . . . an unreasonable application of, clearly established Federal law." 28 U.S.C. § 2254(d)(1).

**AFFIRMED**.

2